**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-201 |
| ROBERT WHITE, III | § § § § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 24). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 25, 2013 |
| Responses are to be filed by: | March 11, 2013 |
| Pretrial conference is reset to: | **March 18, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 25, 2013 at 9:00 a.m.** |

SIGNED on January 4, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge